**FILED**
CLERK, U.S. DISTRICT COURT

**09/30/2021**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____RAM_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:21-MJ-00614-DUTY |
| v. | |
| PERALES, RUBEN PEDRO | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: PETITION
in the _____ District of ARIZONA on 09/30/2021
at 8:00 [x] a.m. / [ ] p.m.  The offense was allegedly committed on or about 09/17/2021
in violation of Title 18 _____ U.S.C., Section(s) 3142
to wit: VIOLATION OF PRETRIAL

A warrant for defendant's arrest was issued by: KENNETH G. MILLER, DEPUTY CLERK

Bond of $ NO _____ was [ ] set / [x] recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    9/30/21
              Date

*Cesar Perez*
Signature of Agent

Cesar Perez
Print Name of Agent

USMS
Agency

DEO
Title