Submit this form by e-mail to:

[CrimIntakeCourtDocs-LA@cacd.uscourts.gov](mailto:CrimIntakeCourtDocs-LA@cacd.uscourts.gov) — For Los Angeles criminal duty.
[CrimIntakeCourtDocs-SA@cacd.uscourts.gov](mailto:CrimIntakeCourtDocs-SA@cacd.uscourts.gov) — For Santa Ana criminal duty.
[CrimIntakeCourtDocs-RS@cacd.uscourts.gov](mailto:CrimIntakeCourtDocs-RS@cacd.uscourts.gov) — For Riverside criminal duty.

**FILED**
CLERK, U.S. DISTRICT COURT
09/30/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____RAM_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

5:21-MJ-00614-DUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF<br><br>PERALES, RUBEN PEDRO<br>USMS# 57504-509<br>DEFENDANT | CASE NUMBER:<br>CR-21-00680-001-PHX-SMB<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 09/30/2021 at 8:00  ☒ AM ☐ PM
   or
   The defendant was arrested in the CENTRAL District of CALIFORNIA on 09/30/2021 at 8:30  ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 3142

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: ____

7. Year of Birth: 1985

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: ____  Phone Number: ____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): ____

11. Name: Cesar Perez  (please print)

12. Office Phone Number: 951.276.6120

13. Agency: USMS

14. Signature: *Cesar Perez*

15. Date: 09/30/2021

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION